UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

------------------------------------------------------------------X

JOSE ALVARRACIN, : 07-CV-01556-AKH

                Plaintiff, : **APPEARANCE**

  - against - :

                  : **ELECTRONICALLY FILED**

222 BROADWAY, LLC, *et al.*, :

                Defendants. :
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       January 18, 2008

                          By:     /s/ Judith R. Cohen
                                       _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorney for Defendants*
                                  MERRILL LYNCH & CO., INC. and
                                  222 BROADWAY, LLC