Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                             :
                                                             :
-------------------------------------------------------------X
JOSE ALVARRACIN,                        :    07-CV-01556-AKH
                                        :
                    Plaintiff,          :    **NOTICE OF ADOPTION**
                                        :    **OF ANSWER**
     - against -                        :    **TO MASTER COMPLAINT**
                                        :    **BY MERRILL LYNCH**
222 BROADWAY, LLC, *et al.*,            :    **AND 222 BROADWAY**
                                        :
                    Defendants.         :    **ELECTRONICALLY FILED**
-------------------------------------------------------------X

        PLEASE TAKE NOTICE THAT Defendants Merrill Lynch & Co., Inc. ("Merrill

Lynch") and 222 Broadway, LLC ("222 Broadway"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint

filed in the above-referenced action, hereby adopt their respective Answers to Master Complaint,

both dated August 3, 2007, which were filed in the matter of *In re World Trade Center Lower

Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

        WHEREFORE, Merrill Lynch and 222 Broadway demand judgment dismissing the

above-captioned action as against them, together with their costs and disbursements and for such

other and further relief as this Court deems just and proper.

Dated:  New York, New York              DICKSTEIN SHAPIRO LLP
        January 18, 2008


                        By:      /s/ Judith R. Cohen
                                _____
                                Robert J. Higgins (RH-6477)
                                Judith R. Cohen (JC-8614)
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Phone: (212) 277-6500
                                Fax: (212) 277-6501

                                *Attorneys for Defendants*
                                MERRILL LYNCH & CO., INC. and
                                222 BROADWAY, LLC

2